| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | | DOCKET NUMBER (Transfer Court) 5:10-CR-107-3FL |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 2:14CR20155 |
| NAME OF OFFENDER Lance Corbett Holt | DISTRICT EASTERN NORTH CAROLINA | | DIVISION WESTERN |
| | NAME OF SENTENCING JUDGE Louise W. Flanagan | | |
| | DATES OF SUPERVISION → | FROM 1/06/2014 | TO 1/05/2019 |
| OFFENSE: Conspiracy to Commit Wire Fraud and Bank Fraud, 18 U.S.C. § 1349 | | | |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Michigan upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

Joint and Several restitution is owed along with: Jennifer Ann Woodard (5:10-CR-107-1FL), Deago Larase Smith (5:10-CR-107-2Fl) and John L. Quinn, II (5:10-CR-107-4FL). All monies received should be forwarded to Clerk, U.S. District Court, Eastern District of North Carolina for distribution.

2/19/2014
Date

Louise W. Flanagan   U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

MAR 25 2014
Effective date

United States District Judge