

| Phone (252)638-8534 | United States District Court | JULIE A. RICHARDS |
| Fax (252) 638-1529 | Office of the Clerk | Clerk of Court |

413 Broad Street
New Bern, NC 28560

April 9, 2014

Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226

RE: **USA v. LANCE CORBETT HOLT**
Case No. 5:10-CR-107-3FL

Enclosed are certified copies of the following documents in the above referenced case
that have been transferred to the Eastern District of Michigan pursuant to 18 U.S.C. § 3605 -
Transfer of Jurisdiction.

1. Transfer of Jurisdiction Order
2. Docket Sheet
3. Indictment
4. Plea Agreement
5. Judgment
6. Amended Judgment

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Sincerely,
Julie A. Richards, Clerk

By: /s/ Susan Tripp
    Deputy Clerk

Enclosures
Date and Received by: _____